IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** White, Robert D | Case Number: 04 B 22143 |
| | Judge: Hollis, Pamela S |
| Printed: 5/6/08 | Filed: 6/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  March 24, 2008
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,465.00 | |
| Secured: | | 733.55 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,601.23 |
| Trustee Fee: | | 130.22 |
| Other Funds: | | 0.00 |
| Totals: | 2,465.00 | 2,465.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 1,620.00 | 1,601.23 |
| 2. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 900.00 | 733.55 |
| 4. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 5. | B-First | Unsecured | 74.99 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 7. | National Capital Management | Unsecured | 99.08 | 0.00 |
| 8. | Arrow Financial Services | Unsecured | 115.35 | 0.00 |
| 9. | Arrow Financial Services | Unsecured | 76.80 | 0.00 |
| 10. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 11. | Heart Care Centers Of Illinois | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | MCI Residential | Unsecured | | No Claim Filed |
| 14. | Lab Corporation | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | A/R Solutions | Unsecured | | No Claim Filed |
| 18. | Credigy Receiveables Inc | Unsecured | | No Claim Filed |
| 19. | CBCS | Unsecured | | No Claim Filed |
| 20. | Bank One | Unsecured | | No Claim Filed |
| 21. | Asset Acceptance | Unsecured | | No Claim Filed |
| 22. | Beneficial | Unsecured | | No Claim Filed |
| 23. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 24. | AT&T | Unsecured | | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   White, Robert D

Printed: 5/6/08

Case Number: 04 B 22143
Judge: Hollis, Pamela S
Filed: 6/9/04

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Credit Systems Inc | Unsecured | | No Claim Filed |
| 27. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 28. | EMCC | Unsecured | | No Claim Filed |
| 29. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 30. | Marlin Integrated Capital | Unsecured | | No Claim Filed |
| 31. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 32. | CCA | Unsecured | | No Claim Filed |
| 33. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 34. | EMCC | Unsecured | | No Claim Filed |
| 35. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 36. | State Collection Srv | Unsecured | | No Claim Filed |
| 37. | Park Dansan | Unsecured | | No Claim Filed |
| 38. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 39. | National Credit System | Unsecured | | No Claim Filed |
| 40. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 41. | Professional Account Management | Unsecured | | No Claim Filed |
| 42. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,886.22 | $ 2,334.78 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 38.68 |
| 4% | 6.79 |
| 3% | 5.11 |
| 5.5% | 32.72 |
| 5% | 12.75 |
| 4.8% | 20.40 |
| 5.4% | 13.77 |
| | _____ |
| | $ 130.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

